In the Matter of the Application of William H. Waters and Another, to Confirm the Award Made in the Arbitration Proceedings between Couperie

774

BELGE AMERICAINE, S. A., Appellant, and WILLIAM H. WATERS and Another, Respondents, under an Agreement to Submit to Arbitration Dated September 7, 1933.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.